# EXHIBIT 7

**EXHIBIT 7**
**Infringement Claim Chart for Claims of U.S. Patent No. 7,965,918 (the "'918 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 7,965,918 (the "'918 Patent") are infringed by the "'918 Hisense Accused Products," which include at least Hisense's A4 series (e.g., 40A4NR).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 3. A method for controlling an image display device, comprising: | To the extent the preamble is limiting, the '918 Hisense Accused Products provide a method for controlling an image display device.  For example:<br><br>The below images represent an image display device.<br><br> |

---

[1] InnoTV reserves the right to identify different or additional '918 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| receiving a video signal; | The method of using the '918 Hisense Accused Products comprises receiving a video signal.  For example:<br><br>The '918 Hisense Accused Products have antenna, cable, satellite, streaming, and other inputs to receive a video signal.<br><br>**Stream What You Love**<br><br>Experience your favorite entertainment with the Hisense A4NR Series Roku TV. Roku TV makes it easy to watch what you love with Roku streaming built in. Enjoy endless free, live, and trending TV with all the most popular apps and new features added automatically.<br><br>**Connectivity**<br><br>Wireless built-in<br>802.11 ac |

3

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

Within the image:

### Connecting an antenna, cable set-top box or satellite receiver

To connect an antenna, cable set-top box or satellite receiver:

1. Connect one end of a coaxial cable (not included) to the **RF OUT** port on the antenna, cable or satellite box. If you are using an antenna with twin-lead cable, you may need a 300-75 Ohm adapter (not provided) to connect it to the back of your TV. Likewise, if you are using several antennas, you may need a combiner (not provided).

2. Connect the other end of the cable to the **ANT/CABLE** port on the side of TV.

3. Using your remote, select the **Inputs** icon in Home screen and select **Channels** as the input source.

### Connecting a satellite receiver, DVD player or other audio visual (AV) devices with a composite video cable (yellow/white/red)

To connect an AV device with a composite video cable (not provided):

1. Use the audio and video cables to connect the composite video/audio ports of the external AV device to the **AV IN** ports of the TV. (Video = yellow, Audio Left = white, and Audio Right = red)

2. Plug the connected devices into the AV connectors on the TV before switching it on.

3. Using your remote, select the **Inputs** icon in Home screen and select **Composite** as the input source.

| Claim Language | Hisense Accused Products |
|---|---|
| | **Connecting an AV device with an HDMI cable**<br><br>The high-powered HDMI version 2.0 inputs enable you to connect 4K Ultra-HD external devices, and have a better experience when connected to the HDMI port. For example, if you have an X-box or Blu-ray player that supports the 2.0 standard, more details will be transmitted to the TV screen to maximize your entertainment experience.<br><br>Please refer to the User Manual that came with your device for step-by-step instructions.<br><br>To connect an AV device with an HDMI cable (not provided):<br><br>1. Use an HDMI cable to connect the HDMI output port of the AV device to the **HDMI** port of the TV.<br><br>2. Plug the connected devices into the **HDMI** port on the TV before switching it on.<br><br>3. Using your remote, select the **Inputs** icon in Home screen and select the corresponding **HDMI** input.<br><br><br><br>Ex. 74: https://www.manua.ls/hisense/40a4n/manual |
| decoding the video signal; | The method of using the '918 Hisense Accused Products comprises decoding the video signal. For example:<br><br>The '918 Hisense Accused Products include decoders to decode video signals from different sources. |

6

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Multiple Ways to Watch There is entertainment for everyone. The Hisense Roku TV is great for cable, satellite, streaming, or watching free TV with an HDTV antenna. Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| displaying a video corresponding to the decoded video signal on a display of the image display device; | The method of using the '918 Hisense Accused Products comprises displaying a video corresponding to the decoded video signal on a display of the image display device.  For example:  The image below shows a video corresponding to the decoded video signal on a display of the image display device. |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 75: Testing photos |
| displaying a progress bar overlaid on the video displayed on the display, wherein thumbnail images based on the video are associated at prescribed locations of the progress bar; and | The method of using the '918 Hisense Accused Products comprises displaying a progress bar overlaid on the video displayed on the display, wherein thumbnail images based on the video are associated at prescribed locations of the progress bar.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 75: Testing photos |
| displaying at least one corresponding thumbnail image of the video at a prescribed area of the display, wherein the prescribed area is above the progress bar. | The method of the using the '918 Hisense Accused Products comprises displaying at least one corresponding thumbnail image of the video at a prescribed area of the display, wherein the prescribed area is above the progress bar.  For example: |

11

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 75: Testing photos |
| 14. An image display device comprising: | To the extent the preamble is limiting, each of the '918 Hisense Accused Products is an image display device. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | 

Clean, Detailed Picture

FHD ResolutionWith a 1080p high-definition LCD screen and a powerful full array LED backlight, A4 creates a sharper, more colorful picture.

Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| at least one input to receive a video signal; | The '918 Hisense Accused Products have at least one input to receive a video signal.  For example:

The '918 Hisense Accused Products have antenna, cable, satellite, streaming, and other inputs to receive a video signal. |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | **Connecting an AV device with an HDMI cable**<br><br>The high-powered HDMI version 2.0 inputs enable you to connect 4K Ultra-HD external devices, and have a better experience when connected to the HDMI port. For example, if you have an X-box or Blu-ray player that supports the 2.0 standard, more details will be transmitted to the TV screen to maximize your entertainment experience.<br><br>Please refer to the User Manual that came with your device for step-by-step instructions.<br><br>To connect an AV device with an HDMI cable (not provided):<br><br>1. Use an HDMI cable to connect the HDMI output port of the AV device to the **HDMI** port of the TV.<br><br>2. Plug the connected devices into the **HDMI** port on the TV before switching it on.<br><br>3. Using your remote, select the **Inputs** icon in Home screen and select the corresponding **HDMI** input.<br><br><br><br>Ex. 74: https://www.manua.ls/hisense/40a4n/manual |
| at least one decoder to decode the video signal; and | The '918 Hisense Accused Products include at least one decoder to decode the video signal. For example:<br><br>The '918 Hisense Accused Products include decoders to decode video signals from different sources. |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br><br>**Multiple Ways to Watch**<br>There is entertainment for everyone. The Hisense Roku TV is great for cable, satellite, streaming, or watching free TV with an HDTV antenna. |
| | Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| at least controller to display a progress bar overlaid on a video based on the video signal on a display, and to display at least one corresponding thumbnail image of the video at a prescribed area of the display, | The '918 Hisense Accused Products have at least one controller to display a progress bar overlaid on a video based on the video signal on a display, and to display at least one corresponding thumbnail image of the video at a prescribed area of the display.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 75: Testing photos |
| wherein the thumbnail images based on the video are associated at prescribed locations of the progress bar and the prescribed area is above the progress bar. | In the '918 Hisense Accused Products, the thumbnail images based on the video are associated at prescribed locations of the progress bar and the prescribed area is above the progress bar.  For example: |

22

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
|  | Ex. 75: Testing photos |