# EXHIBIT 8

# EXHIBIT 8

**Infringement Claim Chart for Claims of U.S. Patent No. 12,096,066 (the "'066 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 12,096,066 (the "'066 Patent") are infringed by the "'066 Hisense Accused Products," which include at least Hisense's A4 series (e.g. 40A4NR)[1]. It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 1. An image display device, comprising: | To the extent the preamble is limiting, each of the '066 Hisense Accused Products is an image display device. For example:<br><br>40A4NR<br>40" A4 Series Hisense FHD Roku TV<br><br>Sizes: 32"  40"  43"<br><br>Where to Buy |

---

[1] InnoTV reserves the right to identify different or additional '066 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

2

| Claim Language | Hisense Accused Products |
|---|---|
|  | **Clean, Detailed Picture**<br><br>FHD ResolutionWith a 1080p high-definition LCD screen and a powerful full array LED backlight, A4 creates a sharper, more colorful picture.<br><br>Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| a display; | The '066 Hisense Accused Products comprise a display.  For example: |

3

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

4

| Claim Language | Hisense Accused Products |
|---|---|
|  | **Clean, Detailed Picture** FHD ResolutionWith a 1080p high-definition LCD screen and a powerful full array LED backlight, A4 creates a sharper, more colorful picture. Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |
| an external interface configured to be connected to an external device, | The '066 Hisense Accused Products comprise an external interface configured to be connected to an external device. For example: |

5

| Claim Language | Hisense Accused Products |
|---|---|
|  |   Ex. 73: https://www.hisense-usa.com/product-page/televisions-40-a4-series-hisense-fhd-roku-tv-40a4nr |

6

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
|  | **Connecting an AV device with an HDMI cable**<br><br>The high-powered HDMI version 2.0 inputs enable you to connect 4K Ultra-HD external devices, and have a better experience when connected to the HDMI port. For example, if you have an X-box or Blu-ray player that supports the 2.0 standard, more details will be transmitted to the TV screen to maximize your entertainment experience.<br><br>Please refer to the User Manual that came with your device for step-by-step instructions.<br><br>To connect an AV device with an HDMI cable (not provided):<br>1. Use an HDMI cable to connect the HDMI output port of the AV device to the HDMI port of the TV.<br>2. Plug the connected devices into the HDMI port on the TV before switching it on.<br>3. Using your remote, select the Inputs icon in Home screen and select the corresponding HDMI input.<br><br>Ex. 74: https://www.manua.ls/hisense/40a4n/manual |
| a controller configured to:<br><br>display an external source list menu including external device information for identifying the external interface, | The '066 Hisense Accused Products comprise a controller configured to display an external source list menu including external device information for identifying the external interface. For example:<br><br>The external source list menu displayed includes external device information for identifying the external interface, as shown below by the red square corresponding to the PC connected to the HDMI1 connection and the blue square corresponding to the Blu-ray player connected to the HDMI2 connection. |

8

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

9

| Claim Language | Hisense Accused Products |
|---|---|
|  | <br>Ex. 75: Testing photos |
| based on the image display device being connected to the external device, display, on a position corresponding to the external device information in the external source list menu, a moving image as the external device information, wherein the moving image is displayed after receiving a command | The controller of the '066 Hisense Accused Products is configured to, based on the image display device being connected to the external device, display, on a position corresponding to the external device information in the external source list menu, a moving image as the external device information, wherein the moving image is displayed after receiving a command signal from a remote controller.<br><br>For example, the '066 Hisense Accused Products display a moving image (as shown in red below) as external device information upon after receiving a comand signal from the remote controller. |

10

| Claim Language | Hisense Accused Products |
|---|---|
| signal from a remote controller. |  |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
|  | <br>Ex. 75: Testing photos |

13