# EXHIBIT 9

**EXHIBIT 9**
**Infringement Claim Chart for Claims of U.S. Patent No. 10,018,863 (the "'863 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 10,018,863 (the "'863 Patent") are infringed by the "'863 Hisense Accused Products," which include at least Hisense's U8 series (e.g. 55U8QG).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 1. A display device, comprising: | To the extent the preamble is limiting, each of the '863 Hisense Accused Products is a display device. For example:<br><br>55U8QG<br><br>**Hisense 55" Class U8 Series MiniLED ULED 4K Google TV** |

---

[1] InnoTV reserves the right to identify different or additional '863 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
| | Turbo power your gaming! 165Hz Game Mode Ultra has a Variable Refresh Rate of 48Hz to 165Hz, almost as fast as your reaction time. AMD FreeSync™ Premium Pro, Auto Low Latency Mode and Low Latency MEMC eliminate screen tearing and controller lag. And with our new Game Bar you can control multiple game settings right from your TV remote and on-screen display. See the exact hue of every blade of grass on the field and every line on the court. QLED Color is made up of quantum dots-very small particles with the ability to display over a billion shades of color. This feature renders every frame with rich, vibrant and realistic color, ensuring that even the most minute details stand out. Ex. 84: https://www.hisense-usa.com/product-page/televisions-hisense-55-class-u8-series-miniled-uled-4k-google-tv. **Picture** Adjust picture general settings and other advanced picture settings. **Choose a picture mode** Press ⚙ button on your remote control to select **Settings > Display & Sound > Picture > Picture Mode**. Select a pre-set picture mode to best suit the content you are viewing. Ex. 85: U8QG User Manual at 37, available at https://www.hisense-usa.com/_files/ugd/991681_6a3fb29c9ae0481aafd5d0f584d295b0.pdf. |

2

| Claim Language | Hisense Accused Products |
|---|---|
| a display panel including a front surface and a rear surface; | The '863 Hisense Accused Products comprise a display panel including a front surface and a rear surface.  For example:<br><br> |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br><br>Ex. 84: https://www.hisense-usa.com/product-page/televisions-hisense-55-class-u8-series-miniled-uled-4k-google-tv (annotated). |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| a guide panel positioned adjacent to an edge of the display panel and extending along at least one side of the display panel, | The '863 Hisense Accused Products comprise a guide panel positioned adjacent to an edge of the display panel and extending along at least one side of the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 86: Testing photos |
| the guide panel having a base facing a part of the rear surface of the display panel, a side wall extending away from the base in at least one of a first direction or a second direction, | The guide panel of the '863 Hisense Accused Products has a base facing a part of the rear surface of the display panel, a side wall extending away from the base in at least one of a first direction or a second direction. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 86: Testing photos |
| an inner wall extending away from the base in the first direction and being apart from the side wall, | The guide panel of the '863 Hisense Accused Products comprises an inner wall extending away from the base in the first direction and being apart from the side wall.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 86: Testing photos |
| and a first space formed between the inner wall and the side wall and provided behind the display panel; | The guide panel of the '863 Hisense Accused Products comprises a first space formed between the inner wall and the side wall and provided behind the display panel.  For example: |

10

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |
|  | Ex. 86: Testing photos |
| a frame being coupled to the guide panel; and | The '863 Hisense Accused Products comprises a frame being coupled to the guide panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| a light source provided between the display panel and the frame, | The '863 Hisense Accused Products comprises a light source provided between the display panel and the frame.  For example:<br><br>As seen in the photos below, there is a light source between the display panel (i.e. the light source could be seen after the display panel and the reflective sheet are removed) and the frame. |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
| --- | --- |
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| wherein the part of the rear surface of the display panel is fixed to the base of the guide panel, and an end of the frame is positioned adjacent to the first space, | In the '863 Hisense Accused Products, the part of the rear surface of the display panel is fixed to the base of the guide panel, and an end of the frame is positioned adjacent to the first space.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| wherein the side wall further includes a forward part extending away from the base in a second direction and a rear part extending away from the base in the first direction, the first and second directions being opposite directions, | In the '863 Hisense Accused Products, the side wall further includes a forward part extending away from the base in a second direction and a rear part extending away from the base in the first direction, the first and second directions being opposite directions.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |
| | Ex. 86: Testing photos |
| wherein the forward part of the side wall covers the side of the display panel, and | In the '863 Hisense Accused Products, the forward part of the side wall covers the side of the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 86: Testing photos |
| wherein the side of the display panel is apart from the forward part of the side wall. | In the '863 Hisense Accused Products, the side of the display panel is apart from the forward part of the side wall.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  | <br>Ex. 86: Testing photos |