# EXHIBIT 10

**EXHIBIT 10**
**Infringement Claim Chart for Claims of U.S. Patent No. RE50,251 (the "'251 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. RE50,251 (the "'251 Patent") are infringed by the "'251 Hisense Accused Products," which include at least Hisense's QD6 series (e.g. 50QD6QF).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 37. A display device comprising: | To the extent the preamble is limiting, each of the '251 Hisense Accused Products is a display device. For example: |

---

[1] InnoTV reserves the right to identify different or additional '251 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
| --- | --- |
| a display panel; | The '251 Hisense Accused Products comprise a display panel.  For example:<br><br><br><br>Display panel |

| Claim Language | Hisense Accused Products |
|---|---|
|  | Ex. 89: Testing photos |
| a diffusion plate positioned behind the display panel; | The '251 Hisense Accused Products comprise a diffusion plate positioned behind the display panel. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Diffusion plate positioned behind the display panel <br><br> Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes; | The '251 Hisense Accused Products comprise a reflecting sheet positioned behind the diffusion plate, the reflecting sheet having a plurality of holes.  For example:<br><br> |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 89: Testing photos |
| a frame configured to be positioned behind the reflecting sheet; | The '251 Hisense Accused Products comprise a frame configured to be positioned behind the reflecting sheet.  For example:<br><br><br><br>Ex. 89: Testing photos |
| a first substrate positioned between the reflecting sheet and the frame; | The '251 Hisense Accused Products comprise a first substrate positioned between the reflecting sheet and the frame.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 89: Testing photos |
| a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes; | The '251 Hisense Accused Products comprise a first row of light assemblies mounted on the first substrate and inserted into the plurality of holes.  For example: |

8

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 89: Testing photos |
| at least a second substrate positioned between the reflecting sheet and the frame; | The '251 Hisense Accused Products comprise at least a second substrate positioned between the reflecting sheet and the frame.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 89: Testing photos |
| a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes; and | The '251 Hisense Accused Products comprise a second row of light assemblies mounted on the second substrate and inserted into the plurality of holes.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  |

| Claim Language | Hisense Accused Products |
| --- | --- |
| |  Second row of light assemblies<br><br>Second substrate (underneath)<br><br>Plurality of holes<br><br>Ex. 89: Testing photos |
| at least a portion of a plurality of supporters positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other, | The '251 Hisense Accused Products comprise at least a portion of a plurality of supporters positioned between the diffusion plate and the reflecting sheet so that the diffusion plate and the reflecting sheet are spaced apart from each other.  For example:<br><br>As shown below, a plurality of supporters are positioned between the diffusion plate and the reflecting sheet. |

| Claim Language | Hisense Accused Products |
|---|---|
| | Diffusion plate<br><br>Below is an image after the diffusion plate is removed. |

| Claim Language | Hisense Accused Products |
|---|---|
| | 

Supporter positioned between the diffusion plate and the reflecting sheet

Reflecting sheet

Ex. 89: Testing photos |
| wherein the plurality of supporters are positioned parallel to the first and second rows of light assemblies and between the first and second substrates, and | The plurality of supporters of the '251 Hisense Accused Products are positioned parallel to the first and second rows of light assemblies and between the first and second substrates.  For example: |

15

| Claim Language | Hisense Accused Products |
|---|---|
| | First row of light assemblies<br><br>First substrate (underneath)<br><br>Plurality of supporters<br><br>Plurality of supporters<br><br>Second substrate (underneath)<br><br>Second row of light assemblies<br><br>Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| wherein each of the plurality of supporters comprises:<br><br>an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion; | Each of the plurality of supporters of the'251 Hisense Accused Products comprises an elastic portion configured to deform in response to deformation of the diffusion plate, the elastic portion including a top portion and a bottom portion.  For example:<br><br><br><br>Ex. 89: Testing photos |
| a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first | Each of the plurality of supporters of the'251 Hisense Accused Products comprises a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate wherein a tip of the first supporting portion is configured to support the diffusion plate.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| supporting portion is configured to support the diffusion plate; and | Below is a close-up photo of a supporter.  It includes a first supporting portion extending from the top portion of the elastic portion and extending toward the diffusion plate.<br><br><br><br>In the '251 Hisense Accused Products, a tip of the first supporting portion is configured to support the diffusion plate. |

18

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a base portion connecting first and second ends of the bottom portion of the elastic portion, | Each of the plurality of supporters of the'251 Hisense Accused Products comprises a base portion connecting first and second ends of the bottom portion of the elastic portion.  For example:<br><br><br><br>First end of the bottom portion of the elastic portion<br>Second end of the bottom portion of the elastic portion<br>Base portion<br><br>Ex. 89: Testing photos |
| wherein the base portion is disposed between the first and second substrate, and | Each of the plurality of supporters of the'251 Hisense Accused Products comprises wherein the base portion is disposed between the first and second substrate.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  First substrate (underneath) <br> Base portion <br> Second substrate (underneath) <br> Ex. 89: Testing photos |
| wherein a gap is formed between the top portion of the elastic portion and the base portion. | Each of the plurality of supporters of the '251 Hisense Accused Products comprises wherein a gap is formed between the top portion of the elastic portion and the base portion.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 89: Testing photos |