# EXHIBIT 11

**EXHIBIT 11**
**Infringement Claim Chart for Claims of U.S. Patent No. 11,714,306 (the "'306 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 11,714,306 (the "'306 Patent") are infringed by the "'306 Hisense Accused Products," which include at least Hisense U8 series (e.g. 55U8QG).[1]  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 1. A display device comprising: | To the extent the preamble is limiting, each of the '306 Hisense Accused Products is a display device. For example:<br><br><br><br>Display device |

---

[1] InnoTV reserves the right to identify different or additional '306 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| a display panel; | The '306 Hisense Accused Products comprise a display panel.<br><br><br><br>Ex. 86: Testing photos |
| a main frame disposed at a rear of the display panel; | The '306 Hisense Accused Products comprise a main frame disposed at a rear of the display panel. |

2

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Main frame disposed at a rear of the display panel<br><br>Ex. 86: Testing photos |
| a side frame extending along sides of the display panel and comprising:<br><br>a first part extending along a first short side of the | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a first part extending along a first short side of the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
| display panel; | Ex. 86: Testing photos |
| a second part adjacent to the first part and extending along a first long side of the display panel; and | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a second part adjacent to the first part and extending along a first long side of the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Second part adjacent to the first part and extending along a first long side of the display panel<br><br>Ex. 86: Testing photos |
| a third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side; | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side. |

| Claim Language | Hisense Accused Products |
|---|---|
|  | <br><br>Third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side<br><br>Ex. 86: Testing photos |
| wherein each of the first part, second part, and third part comprises:<br><br>a flat portion facing a rear surface of the display panel and coupled to the rear | Each of the first part, second part, and third part of the '306 Hisense Accused Products comprises a flat portion facing a rear surface of the display panel and coupled to the rear surface of the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
| surface of the display panel; |  |



Second part of side frame

Flat portion coupled to the rear surface (display panel removed)

First part of side frame

| Claim Language | Hisense Accused Products |
|---|---|
|  | Ex. 86: Testing photos |
| a securing portion coupled with a corresponding side of the main frame; and | Each of the first part, second part, and third part of the '306 Hisense Accused Products comprises a securing portion coupled with a corresponding side of the main frame.  |



Second part of
side frame

Securing portion
(underneath)

Main frame

First part of
side frame

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| an exterior portion extending laterally beyond a corresponding side of the display panel, <br><br> wherein at least the exterior portion of the side frame forms an exterior surface of the display device, | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein at least the exterior portion of the side frame forms an exterior surface of the display device. <br><br>  |

| Claim Language | Hisense Accused Products |
| --- | --- |
| |  |



Exterior portion / surface

Second part of side frame

First part of side frame

13

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| wherein an adhesive layer is attached on the flat portion of the side frame and the rear surface of the display panel is attached on the adhesive layer, and | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein an adhesive layer is attached on the flat portion of the side frame and the rear surface of the display panel is attached on the adhesive layer.  Adhesive layer attached on flat portion of side frame   Third part of side frame   Rear surface of display panel |



Rear surface of
display panel
(removed)

Second part of
side frame

Adhesive layer
attached on flat
portion of side frame

First part of
side frame

15

| Claim Language | Hisense Accused Products |
|---|---|
|  | Ex. 86: Testing photos |
| wherein the side frame further comprises cutting portions of the flat portion between the first part and the second part and of the flat portion between the second part and the third part. | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein the side frame further comprises cutting portions of the flat portion between the first part and the second part and of the flat portion between the second part and the third part.<br><br> |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| 16. A display device comprising: | To the extent the preamble is limiting, each of the '306 Hisense Accused Products is a display device. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |
| a display panel; | The '306 Hisense Accused Products comprise a display panel.  For example:<br><br>Ex. 86: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a main frame disposed at a rear of the display panel; | The '306 Hisense Accused Products comprise a main frame disposed at a rear of the display panel. For example:<br><br><br><br>Main frame disposed at a rear of the display panel<br><br>Ex. 86: Testing photos |
| a side frame extending along sides of the display panel and comprising: | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a first part extending along a first short side of the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| a first part extending along a first short side of the display panel; | <br>Ex. 86: Testing photos |
| a second part adjacent to the first part and extending along a first long side of the display panel; and | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a second part adjacent to the first part and extending along a first long side of the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Second part adjacent to the first part and extending along a first long side of the display panel <br><br> Ex. 86: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side; | The side frame extending along sides of the display panel of the '306 Hisense Accused Products comprises a third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side.  For example:  Third part adjacent to the second part and extending along a second short side of the display panel opposite the first short side<br><br>Ex. 86: Testing photos |
| wherein each of the first part, second part, and third part comprises: | Each of the first part, second part, and third part of the '306 Hisense Accused Products comprises a flat portion supporting a rear surface of the display panel and coupled to the rear surface.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| a flat portion supporting a rear surface of the display panel and coupled to the rear surface; |  |



Second part of side frame

Flat portion coupled to the rear surface (display panel removed)

First part of side frame

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| a securing portion coupled with a corresponding side of the main frame; and | Each of the first part, second part, and third part of the '306 Hisense Accused Products comprise a securing portion coupled with a corresponding side of the main frame. For example:<br><br> |

25



Second part of side frame

Securing portion (underneath)

Main frame

First part of side frame

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| an exterior portion extending laterally beyond a corresponding side of the display panel,<br><br>wherein at least the exterior portion of the side frame forms an exterior surface of the display device, | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein at least the exterior portion of the side frame forms an exterior surface of the display device.  For example:<br><br> |

27

| Claim Language | Hisense Accused Products |
|---|---|
| |  |



Exterior portion / surface

Second part of side frame

First part of side frame

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| wherein an adhesive layer is attached on the flat portion of the side frame and the rear surface of the display panel is attached on the adhesive layer, and | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein an adhesive layer is attached on the flat portion of the side frame and the rear surface of the display panel is attached on the adhesive layer.  For example:  |



Rear surface of
display panel
(removed)

Second part of
side frame

Adhesive layer
attached on flat
portion of side frame

First part of
side frame

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 86: Testing photos |
| wherein portions of the side frame are cut out to facilitate bending between the first part and the second part and of the flat portion between the second part and the third part such that the side frame is formed from a unitary member. | The exterior portion extending laterally beyond a corresponding side of the display panel of the '306 Hisense Accused Products wherein portions of the side frame are cut out to facilitate bending between the first part and the second part and of the flat portion between the second part and the third part such that the side frame is formed from a unitary member.  For example:<br><br><br><br>Side frame formed from a unitary member<br>Second part of side frame<br>First part of side frame<br>Cut-out |

32

| Claim Language | Hisense Accused Products |
|---|---|
| |  Ex. 86: Testing photos |