# EXHIBIT 12

**EXHIBIT 12**
**Infringement Claim Chart for Claims of U.S. Patent No. 12,038,636 (the "'636 Patent") Based on Hisense Accused Products**

InnoTV contends that at least the following claims of U.S. Patent No. 12,038,636 (the "'636 Patent") are infringed by the "'636 Hisense Accused Products," which include at least Hisense's QD6 series (e.g. 50QD6QF)[1].  It should be understood that InnoTV's contentions are not limited to these products but instead encompass any and all reasonably similar products and components that infringe in the same or similar manner as discussed below.[2]

| Claim Language | Hisense Accused Products |
|---|---|
| 1. A display device comprising: | To the extent the preamble is limiting, each of the '636 Hisense Accused Products is a display device. For example: |

---

[1] InnoTV reserves the right to identify different or additional '636 Hisense Accused Products and amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances.

[2] This analysis is preliminary, and InnoTV's investigation is ongoing. InnoTV reserves the right to amend or supplement these charts after further investigation and discovery, claim construction, or other meriting circumstances. Such supplemental information may include, but is not limited to, source code, data sheets, design specifications, deposition testimony, testing information, reference designs implementation and utilization information, and/or schematics.

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Display Device<br><br>Ex. 89: Testing photos |
| a display panel; | The '636 Hisense Accused Products comprise a display panel.  For example: |

| Claim Language | Hisense Accused Products |
| --- | --- |
|  |  Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a frame at a rear of the display panel; | The '636 Hisense Accused Products comprise a frame at a rear of the display panel.  For example:<br><br>As seen in the photos below, the '636 Hisense Accused Products have a frame at a rear of the display panel shown after the display panel and several other layers are removed (e.g., reflective/light source layers).<br><br><br><br>Frame at a rear of the display panel<br><br>Ex. 89: Testing photos |
| a plurality of light sources mounted on a substrate and providing light for the display panel; and | The '636 Hisense Accused Products comprise a plurality of light sources mounted on a substrate and providing light for the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 89: Testing photos<br><br>The below image shows the light sources providing light for the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br><br>Ex. 88: https://www.hisense-usa.com/product-page/televisions-50-class-qd6-series-qled-4k-fire-tv-50qd6qf |
| a reflective sheet disposed on the frame and reflecting light from the plurality of light sources toward the display panel, | The '636 Hisense Accused Products comprise a reflective sheet disposed on the frame and reflecting light from the plurality of light sources toward the display panel. For example:<br><br>As seen in the photo below, the '636 Hisense Accused Products have a reflective sheet that is disposed on the frame. The reflective sheet reflects light from the light sources mounted on the substrate, through light source holes in the reflective sheet, toward the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Light sources<br><br>Frame<br><br>Reflective sheet disposed on the frame<br><br>Ex. 89: Testing photos<br><br>The below image shows the reflective sheet reflecting light from the light sources toward the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 88: https://www.hisense-usa.com/product-page/televisions-50-class-qd6-series-qled-4k-fire-tv-50qd6qf |
| wherein the frame includes: a flat portion on which the plurality of light sources mounted on the substrate is disposed; | The frame of the '636 Hisense Accused Products comprises a flat portion on which the plurality of light sources mounted on the substrate is disposed.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 89: Testing photos |
| an inclined portion extended from the flat portion toward an edge of the display panel; and | The frame of the '636 Hisense Accused Products comprises an inclined portion extended from the flat portion toward an edge of the display panel.  For example: |



Frame –
inclined portion

Frame –
flat portion

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 89: Testing photos |
| a protrusion protruding from the flat portion of the frame toward the display panel between the plurality of light sources and between the substrate and the inclined portion of the frame, | The frame of the '636 Hisense Accused Products comprises a protrusion protruding from the flat portion of the frame toward the display panel between the plurality of light sources and between the substrate and the inclined portion of the frame.  For example:  Ex. 89: Testing photos |
| wherein the protrusion of the frame passes through the reflective sheet, and | In the '636 Hisense Accused Products, the protrusion of the frame passes through the reflective sheet.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Protrusion<br><br>Protrusion of the frame passes through the reflective sheet<br><br>Reflective sheet<br><br>Ex. 89: Testing photos |
| wherein a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. | In the '636 Hisense Accused Products, a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. For example:<br><br>As seen from the photo below, when shooting from the same angle with the same scale, the top of the light sources is closer to a high reference line than the top of the protrusion. This indicates the height |

| Claim Language | Hisense Accused Products |
|---|---|
|  | of the protrusion above the reflective sheet is less than the height of light sources above the reflective sheet.<br><br><br><br>Ex. 89: Testing photos |
| 18. A display device comprising: | To the extent the preamble is limiting, each of the '636 Hisense Accused Products is a display device. For example: |

13

| Claim Language | Hisense Accused Products |
|---|---|
|  | Display Device<br><br>Ex. 89: Testing photos |
| a display panel; | The '636 Hisense Accused Products comprise a display panel. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 89: Testing photos |

| Claim Language | Hisense Accused Products |
|---|---|
| a frame at a rear of the display panel; | The '636 Hisense Accused Products comprise a frame at a rear of the display panel. For example:<br><br>As seen in the photos below, the '636 Hisense Accused Products have a frame at a rear of the display panel shown after the display panel and several other layers are removed (e.g., reflective/light source layers).<br><br><br><br>Ex. 89: Testing photos |
| a substrate disposed on the frame between the display panel and the frame; | The '636 Hisense Accused Products comprise a substrate disposed on the frame between the display panel and the frame. For example: |

Frame at a rear of the display panel

| Claim Language | Hisense Accused Products |
|---|---|
|  | As seen from the photo below, after the reflective sheet is removed (which is beneath the display panel), the substrate is shown as being mounted on the frame.  So, the substrate is between the frame and the display panel.<br><br><br><br>Ex. 89: Testing photos |
| a plurality of light sources mounted on the substrate and providing light for the display panel; and | The '636 Hisense Accused Products comprise a plurality of light sources mounted on a substrate and providing light for the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 89: Testing photos<br><br>The below image shows the plurality of light sources providing light for the display panel. |

18

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 88: https://www.hisense-usa.com/product-page/televisions-50-class-qd6-series-qled-4k-fire-tv-50qd6qf |
| a reflective sheet disposed on the frame and the substrate and reflecting light from the plurality of light sources toward the display panel, | The '636 Hisense Accused Products comprise a reflective sheet disposed on the frame and the substrate and reflecting light from the plurality of light sources toward the display panel.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
|  |  Ex. 89: Testing photos<br><br>The below image shows the reflective sheet reflecting light from the plurality of light sources toward the display panel. |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 88: https://www.hisense-usa.com/product-page/televisions-50-class-qd6-series-qled-4k-fire-tv-50qd6qf |
| the reflective sheet including light holes through which the light sources passes and a guide hole apart from the light holes between the light sources, | The '636 Hisense Accused Products comprise a reflective sheet including light holes through which the light sources passes and a guide hole apart from the light holes between the light sources.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 89: Testing photos |
| wherein the frame includes: a flat portion on | The frame of the '636 Hisense Accused Products comprises a flat portion, a flat portion on which the substrate is disposed.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| which the substrate is disposed; |  |

Ex. 89: Testing photos

| an inclined portion extended from the flat portion toward an edge of the display panel; and | The frame of the '636 Hisense Accused Products comprises an inclined portion extended from the flat portion toward an edge of the display panel. For example: |



Edge of the display panel (removed)

Frame – inclined portion

Frame – flat portion

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 89: Testing photos |
| a protrusion protruding from the flat portion of the frame toward the display panel between the light sources, and | The frame of the '636 Hisense Accused Products comprises a protrusion protruding from the flat portion of the frame toward the display panel between the light sources. For example:<br><br><br><br>Ex. 89: Testing photos |
| wherein the protrusion of the frame passes through the guide hole of the reflective sheet, | In the '636 Hisense Accused Products, the protrusion of the frame passes through the guide hole of the reflective sheet. For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | Ex. 89: Testing photos |
| wherein the protrusion of the frame is disposed between the substrate and the inclined portion of the frame, and | In the '636 Hisense Accused Products, the protrusion of the frame is disposed between the substrate and the inclined portion of the frame.  For example: |

| Claim Language | Hisense Accused Products |
|---|---|
| | <br>Ex. 89: Testing photos |
| wherein a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet. | In the '636 Hisense Accused Products, a height of the protrusion above the reflective sheet is less than a height of light sources above the reflective sheet.  For example:<br><br>As seen from the photo below, when shooting from the same angle with the same scale, the top of the light sources is closer to a high reference line than the top of the protrusion.  This indicates the height of the protrusion above the reflective sheet is less than the height of light sources above the reflective sheet. |

| Claim Language | Hisense Accused Products |
|---|---|
| |  Light source<br>Protrusion<br>Ex. 89: Testing photos |